1 | Vijay J. Patel
Attorney at Law: 285585
2 | 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 | Tel: (562)868-5886
Fax: (562)868-5491
4 | E-Mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
IDOLINA GAMBOA MADUENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDOLINA GAMBOA MADUENO | Case No.: 2:15-cv-00022-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 18, 2015, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the January 13, 2015 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE: June 19, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-